**Brinston WILSON, Petitioner–Appellant,**

v.

**D.L. HOBBS, Warden of Federal Correctional Institution–Jesup; United States of America, Respondents–Appellees.**

**No. 01–6291.**

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2001.

Decided Sept. 11, 2001.

Brinston Wilson, pro se.

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Brinston Wilson appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wilson v. Hobbs,*

No. CA–00–3864–6–20–AK (D.S.C. filed Jan. 29, 2001; entered Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*